| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | PE:17-CR-00213-PRM(2) |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:17-00340 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Western District of Texas | Pecos Division |
| Jennifer Rose Jones<br>Nashville, Tennessee | NAME OF SENTENCING JUDGE | |
| | Honorable Philip R. Martinez, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/30/2017 | TO 10/29/2020 |

OFFENSE
8 U.S.C. § 1324: Aiding & Abetting Transportation of Non-Citizens for Finacial Gain

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __Texas__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Middle District of Tennessee, Nashville Division__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

__November 21, 2017__
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Tennessee, Nashville Division__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

__Jan 5, 2018__
Effective Date

_[signature] Waverly D. C____
United States District Judge